U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 MAY -8 PM 3: 40

CLERK

BY /s/ law
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

CHRISTOPHER A. MEAD,
Plaintiff

v.

GREEN MOUNTAIN TRANSIT,

Defendant

Case No. (Clerk Office to Complete)

2:20-cv-71

# COMPLAINT
# JURY DEMAND IS REQUESTED

## PARTIES

1. Christopher Mead of 1807 Bricketts Crossing Road Cabot, Vermont 05647.

2. Green Mountain Transit of 101 Queen City Park Road Burlington, Vermont 05401.

## JURISDICTION

3. The Equal Employment Opportunity Commission Charge No: 523-2020-00301 of Discrimination that occurred in Burlington, Vermont 05401 Chittenden County.

## CLAIMS

4. Allegation that Green Mountain Transit is in violations of not being in compliance with the statutes of discrimination.

5. Discrimination of denial of a SERVICE ANIMAL to be present at the workplace.

6. Altering a medical plan designed for a United States Marine Corp Veteran suffering from PTSD, Anxiety and Depression for services rendered in Iraq whom is 100% total and permanent by the United States Government Department of Veterans Affairs.

7. Retaliation

RELIEF

8. Christopher A. Mead (Plaintiff) request Green Mountain Transit allow any/all employees with a disability that requires a service dog to allow them to be hired, work and be present on the public property and all property owned by the Defendant as its considered public property for so long as they already allow this for employees and customers.

9. Christopher A. Mead (Plaintiff) request for psychological damages of $225,000 for altering of his mental status & medical treatment of the United States Government causing psychological harm.

10. Reimbursement of FMLA time taken and CTO time lost due to leave from emotional and psychological damage caused.

Date: May 5th 2020

Signature: 

Name: Christopher A. Mead
1807 Bricketts Crossing Road
Cabot, Vermont 05647
Telephone No: 802 310-6461

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

CHRISTOPHER A. MEAD,
    Plaintiff

v.                                         Case No. (Clerk Office to Complete)

GREEN MOUNTAIN TRANSIT,
    Defendant

## CERTIFICATE OF SERVICE

I, Christopher A. Mead, representing myself, do hereby certify that on this 5th day of, 2020 I served a copy of the foregoing on the opposing side by mailing/hand delivering a copy thereof to,

Jon Moore
Interim General Manager
101 Queen City Park Road
Burlington, Vermont 05401

Signature

Date: May 5th 2020