UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Christopher A. Mead,

    Plaintiff,

    v.                                    Civil Action No. 2:20-cv-71-jmc

Green Mountain Transit,

    Defendant.

## ORDER
(Doc. 14)

On May 8, 2020, Plaintiff Christopher A. Mead, proceeding *pro se*, brought this action against Defendant Green Mountain Transit (GMT) for disability discrimination. (Doc. 1.) Specifically, his two-page Complaint alleged that GMT would not allow a service animal "to be present at the workplace." (*Id.* at 1, ¶ 5.) Arguing that Mead's allegations were "vague and unsupported," GMT moved to dismiss the Complaint for failure to state a claim upon which relief may be granted. (Doc. 8 at 2.)

In an Opinion and Order dated November 5, 2020, this Court granted GMT's Motion to Dismiss. (Doc. 13.) The Court noted that Mead "d[id] not explicitly identify his cause of action within the Complaint or even clearly allege that he is employed by GMT" (*id.* at 5), but even if he had, "[t]he factual allegations in [his] Complaint [we]re far too sparse, vague, and conclusory to plausibly state a claim for disability discrimination" (*id.* at 7). After reviewing the applicable pleading

standards and the elements required for Mead to plead a prima facie case of disability discrimination under Title I of the Americans with Disabilities Act (ADA), the Court concluded that "his skeletal Complaint does not contain even a formulaic recitation of the requirements for establishing any ADA claim." *Id.* at 9–10. Accordingly, the Court granted GMT's Motion to Dismiss.

Nevertheless, the Court granted Mead 30 days from the date of the Opinion and Order to file an Amended Complaint, and warned that "[i]n the event that an Amended Complaint is not filed within 30 days, this case will be closed with judgment for Defendant." *Id.* at 11. Thirty days have now elapsed since the Opinion and Order was issued on November 5, 2020 and Mead has not filed an Amended Complaint. Therefore, Mead's Complaint (Doc. 1) is DISMISSED without prejudice, and the Clerk of Court is instructed to enter judgment in favor of GMT. As a result, GMT's Motion to Enforce the Opinion and Order (Doc. 14) is DENIED as moot.

Dated at Burlington, in the District of Vermont, this 16th day of December 2020.

/s/ John M. Conroy _____
John M. Conroy
United States Magistrate Judge